Case: 5:14-cv-00145-JMH-REW   Doc #: 1   Filed: 04/14/14   Page: 1 of 4 - Page ID#: 1

Eastern District of Kentucky
F I L E D
APR 1 4 2014
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
of the
EASTERN DISTRICT OF KENTUCKY (6th Circuit)

BHARRAT STEVEN PARDASSEE )   Civil Action No. _____
*[Enter the full name of the plaintiff in this action]* )                      *(to be assigned by Clerk)*
)
)   C O M P L A I N T
v. )
)   Federal Prisoner
FEDERAL MEDICAL CENTER, LEXINGTON )
)
_____ )
)
_____ )
)
_____ )
)
_____ )
*Enter above the full name of defendant(s) in this action*  )

I.  PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?    Yes_____    No **X**

   B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

   1. Parties to this previous lawsuit:

       Plaintiff: _____**N/A**_____

       Defendant(s): _____

   2. Court: _____
       *(If federal court, name the district; if state court, name the county)*

   3. Docket Number: _____

   4. Name(s) of Judge(s) to whom case was assigned: _____

   5. Disposition: _____
       *(For example, was the case dismissed? Appealed? Pending?)*

   6. Approximate date of filing lawsuit: _____

   7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: __Federal Medical Center Lexington__

B. What are the issues that you are attempting to litigate in the above-captioned case?

__Deliberate Indifference__

C. (1) Is there a prisoner grievance procedure in this institution?  Yes **X**   No _____

(2) Did you file a grievance concerning the claims you are raising in this matter?  Yes **X**  No _____

When __12-02-2013__   Grievance Number (if available) __2014-01187__

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (*i.e.*, your grievance)?   Yes **X**  No _____

E. When was the final agency/departmental/institutional answer or determination received by you? __03-09-2014__

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities?   Yes _____   No _____

G. If your answer is YES:

1. What steps did you take? __N/A__

2. What was the result? _____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: __BHARRAT STEVEN PARDASSEE__   Inmate No.: __22079-171__

Address: __Federal Medical Center P.O. Box 14500 Lexington, Ky 40512__

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: __Federal Medical Center, Lexington__  Position: _____

Place of Employment: __3301 Leestown Rd. Lexington, Kentucky 40511-8799__

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):

I was transferred to FMC Lexington from FCI2 Butner in late April 2012 due to my custody level being dropped to a low. Upon arriving I underwent the facilities medical procedure, one of those procedures was an EKG. This was given to me on May 17, 2012, it showed no abnormalities. On Wednesday August 1, 2012, at or about 5:30 pm, after a regular work-out routine I began having shortness of breath, numbness, and chest pains. I called for Recreational C.O. Mr. Ebersole. He escorted me upstairs where I collapsed in the Main Corridor. The medical nurse on duty at that time was called down. Despite my desperate plea of pain he dismissed my symptoms and made a diagnosis of "dehydration" without running any test or even listening to my heart. He ordered me back to my housing unit, said I should drink some water shower and go to sleep. When I was unable to immediately leave, threatened to put me in the "special housing unit". Within an hour, I was trying to get back to medical, I was in agonizing pain and felt as if my chest had caved in. The unit officer, C.O. Mr. Massey told me there was no move and I didn't emphasize the emergency. I left and came back just prior to count and a Lieutenant told C.O. Mr. Massey to have me wait until count was cleared. At 9:33 pm I made a phone call alerting my mother, Mrs. Ramranie Pardassee of my symptoms and explained to her what was occurring, she urged me to keep trying to get help. Count cleared at or about 10:15 pm. I went back to the officer station where C.O. Mr. Massey escorted me through staff alley and a central park officer met us at the side entrance. Upon arriving to Central Clinic another medical staff member, R.N. Mr. Ogle asked what my symptoms were. I explained to him that I think I am having a heart attack, and laying down made it worse. During the EKG procedure the previous nurse that dismissed my complaint entered the room said one or two words to R.N. Mr. Ogle and proceeded to immediately leave. After learning the results of the EKG R.N. Mr. Ogle notified his superior and 911 was dispatched. I was transported to UK hospital by ambulance. I underwent an emergent catheterization at approximately 12:23 am August 2, 2012. I was found to have an 80% occlusion to the right coronary artery. The delay in treatment has left me permanently damaged. I now suffer from an Akinitec Stenosis which does not improve with exercise, often leaving the left side of my body limp or numb. I lack complaining to the Medical Department about any medical issues due to their lack in responding to my initial medical treatment. Currently I am age 37, the damage that I have incurred has obstructed my physicality's, and halted my athletic ability to do the things I once loved. The damage will also take a tremendous toll as I increase in age. I would request this honorable court to subpoena all supporting evidence regarding the medical incident that occurred at 5:30 pm August 1, 2012 from FMC Lexington, including but not limited to the reports filed by Recreational officer Mr. Ebersole, Main Corridor officer Mr. Renee, Lieutenant on duty, Antaeus unit log book filled out by

Unit officer Mr. Massey, the medical staff member that dismissed my initial complaint and any and all reports filed regarding this incident, in order to support my official documentation and the assertion made. I would also like to address this honorable court that Recreational officer Mr. Ebersole, the primary witness to the events of that evening informed me that he indeed did file a report of the incident at the time of its occurrence. He also stated the Legal Department here at FMC Lexington never contacted him during their investigation. C.O. Mr. Massey informed me he was contacted via email by the Legal Department here at FMC Lexington, and returned an email back about what took place in the housing unit. Please also note that I did not state the medical staff members name that dismissed my symptoms, at the time of the incident he was in medical scrubs with no name tag. The facility logs should produce the name of that medical staff member. My previous attempts to retrieve reports or information has become nearly impossible because my status as an inmate. To conclude my my statement the Legal Department here at FMC Lexington gave me six months to file in U.S. District Court, making it very difficult to seek adequate legal representation while incarcerated. I am schedule for release to the half-way house October 28, 2014. I have remained a model inmate and shot free and plan on expanding my search for legal counsel.